UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SCOTT A. STEPIEN

          Plaintiff,

-vs-

DAVID S. SCHAUBERT; F. WARREN KAHN;
LOUIS M, PALMERI; ROBERT LAUB;
JAMES MEZHIR; KARL W. KRISTOFF
and HODGSON RUSS LLP

         Defendants.

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT**

Civil Action No. 1:08-CV-0487A

---

  Plaintiff is hereby advised that the defendant has asked the Court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS PLAINTIFF ASSERTS IN HIS/HER COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF HE/SHE DOES NOT RESPOND TO THIS MOTION by filing his/her own sworn affidavits or other papers as required by Rule 56(e). An affidavit is a sworn statement of fact based on personal knowledge that would be admissible in evidence at trial.

  In short, Rule 56 provides that plaintiff may NOT oppose summary judgment simply by relying upon the allegations in the complaint. Rather, plaintiff must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising issues of fact for trial. Any witness statements, which may include plaintiff's own statements, must be in the form of affidavits. Plaintiff may file and serve affidavits that were prepared specifically in response to defendant's motion for summary judgment.

  Any issue of fact that plaintiff wishes to raise in opposition to the motion for summary judgment must be supported by affidavits or by other documentary evidence contradicting the facts asserted by defendant. If plaintiff does not respond to the motion for summary judgment on time with affidavits or documentary evidence contradicting the facts asserted by defendant, the Court may accept defendant's factual assertions as true. Judgment may then be entered in defendant's favor without a trial.

  Pursuant to Rules 7.1(e) and 56.1 of the Local Rules of Civil Procedure for the Western District of New York, plaintiff is required to file and serve the following papers in opposition to this motion: (1) a memorandum of law containing relevant factual and legal argument; (2) one or more affidavits in opposition to the motion; and (3) a separate, short, and concise statement of the material facts as to which plaintiff contends there exists a genuine issue to be tried, followed by citation to admissible evidence. In the absence of such a statement by plaintiff, all material

facts set forth in defendant's statement of material facts not in dispute will be deemed admitted. A copy of the Local Rules to which reference has been made may be obtained from the Clerk's Office of the Court.

If plaintiff has any questions, he/she may direct them to the Pro Se Office.

Plaintiff must file and serve any supplemental affidavits or materials in opposition to defendant's motion no later than the date they are due as provided in Rule 56.1(e) of the Local Rules of Civil Procedure for the Western District of New York.

DATED:   Buffalo, New York
         July 31, 2009

                                        COLUCCI & GALLAHER, P.C.


                                        /s/Michael J. Keane
                                        Michael J. Keane
                                        Todd C. Bushway
                                        *Attorneys for Defendants,*
                                        *David S. Schaubert, Louis M. Palmeri,*
                                        *Robert Laub and James Mezhir*
                                        2000 Liberty Building
                                        424 Main Street
                                        Buffalo, New York 14202
                                        (716) 853-4080
                                        mkeane@colucci-gallaher.com
                                        tbushway@colucci-gallaher.com

TO:   Scott A. Stepien
      *Pro Se Plaintiff*
      5279 Military Road
      Lewiston, New York 14092
      (716) 297-4699
      sasesq2001@yahoo.com

      Brian Sutter, Esq.
      Sugarman Law Firm, LLP
      *Attorneys for F. Warren Kahn*
      1600 Rand Building
      14 Lafayette Square
      Buffalo, New York 14203
      Phone: 847-2523
      bsutter@sugarmanlaw.com

Michael A. Brady, Esq.
Hagerty & Brady
*Attorneys for Hodgson Russ, LLP and Kristoff*
69 Delaware avenue, Suite 1010
Buffalo, New York 14202-3875
Phone: (716) 856-9443
mbrady@hagerty-brady.com