UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SCOTT A. STEPIEN,

                Plaintiff                CERTIFICATE OF
                                                  SERVICE BY E-FILING
                                                  AND BY MAIL
                                                  08 CV 0487A

-v-

DAVID S. SCHAUBERT, F. WARREN KAHN,
LOUIS M. PALMERI, ROBERT LAUB,
JAMES MEZHIR, KARL W. KRISTOFF,
and HODGSON RUSS LLP,

                Defendants.
_____

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2009, I electronically filed the Defendants Kristoff and Hodgson Russ' Response to Plaintiff's Statement of Material Facts with the Clerk of the District Court using its CM/ECF system, which would then electronically serve the document on the following CM/ECF participants in this case:

                Brian Sutter, Esq.
                Sugarman Law Firm, LLP
                1600 Rand Bldg., 14 Lafayette Square
                Buffalo, New York 14203

        Todd C. Bushway, Esq.
        Colucci & Gallaher
        2000 Liberty Bldg.
        424 Main St., Buffalo, NY 14202

I also served a copy on Scott A. Stepien, Plaintiff *pro se*, 5279 Military Road, Lewiston, New York 14092.by first class mail on September 11, 2009.

                                      s/Michael A. Brady
                                      MICHAEL A. BRADY